USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRAULIO THORNE, *on behalf of himself and all other persons similarly situated*,

                       Plaintiffs,

-v-

JERSEY MIKE'S FRANCHISE SYSTEMS, INC.,

                       Defendant.
-----------------------------------------------------------------X

1:19-cv-9934-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As discussed during the January 3, 2020 pre-motion conference, Defendant's motion to dismiss is due by February 17, 2020; Plaintiff's opposition is due three weeks after the date of service of Defendant's motion; and Plaintiff's reply, if any, is due one week after the date of service of Defendant's opposition.

The initial pretrial conference is adjourned sine die, pending the Court's decision on the anticipated motion. The Court will remove this case from the mediation program by separate order.

SO ORDERED.

Dated: January 3, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge