**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BRAULIO THORNE, on behalf of himself and
all other persons similarly situated,

                        Plaintiff,

            -against-                              19 **CIVIL** 9934 (GHW)

                                                             **JUDGMENT**

JERSEY MIKE'S FRANCHISE SYSTEMS, INC.,

                        Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 13, 2020, judgment is entered in favor of Defendant and this case is closed.

**Dated:**  New York, New York

       May 13, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                            **BY:**
                                                          _____
                                                           **Deputy Clerk**